**UNITED STATES of America, Plaintiff–Appellee, Cross–Appellant,**

v.

**William O. STEELE, Defendant–Appellant, Cross–Appellee.**

**No. 94–3139.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 1997.

Leo A. Thomas, Pensacola, FL, William H. Mills, Redden, Mills & Clark, Birmingham, AL, for Defendant–Appellant, Cross–Appellee.

P. Michael Patterson, U.S. Atty., Nancy Hess, Asst. U.S. Atty., Pensacola, FL, William Wagner, Gainesville, FL, for Plaintiff–Appellee, Cross–Appellant.

---

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Before HATCHETT, Chief Judge, and TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT and HULL, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.